**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
PEI HUA YANG, individually and on
behalf of other similarly situate,                                    Case No: 1:17-cv-08162-KHP

                               Plaintiff,
              v.                                                      **~~PROPOSED~~ JUDGMENT**

GRAND SICHUAN EASTERN (NY) INC. d/b/a
GRAND SICHUAN and AN TONG WANG,


                              Defendants.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2020

      This cause comes before this Court upon the motion to reopen this case and to enforce the settlement agreement approved by this Court, by Plaintiff Pei Hua Yang ("Plaintiff"), against Defendant Grand Sichuan Eastern (NY) Inc. and An Tong Wang ("Defendants"). After careful consideration of Plaintiff's moving papers, combined with the Court's familiarity with the allegations in this case, the motion is granted.

      Accordingly, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** as follows:

      That Defendants shall be liable to Plaintiff, jointly and severally, in the amount of $85,000.00 with interest accruing at 9% per annum from <u>October 1, 2019</u> up to the date of judgment, amounting to $8,215.89, amounting in all to $93,215.89.

Dated:
     October 28, 2020
     _____           _____
                                                        KATHARINE H. PARKER, U.S.M.J.
                                                        ~~This document was entered on the docket on_____.~~